**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Robert K. Hawkes,                                        No. CV-12-2335-PHX-SMM

       Plaintiff,

v.                                                              **ORDER**

Property & Casualty Ins. Co. of Hartford,

       Defendant.

      Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 24.)

      Accordingly,

      **IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

      **IT IS FURTHER ORDERED VACATING** the status hearing set for **Monday, December 16, 2013 at 2:00 p.m.**

      DATED this 25th day of November, 2013.

Stephen M. McNamee
Senior United States District Judge